IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **KEVIN VISE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | **Civil Action Number** |
| vs. ) | **5:07-cv-1532-UWC** |
| ) | |
| **ALABAMA BOARD OF PARDONS** ) | |
| **AND PAROLES,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The Court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The Court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  Consistent with that recommendation, the Court hereby finds that Plaintiff's action should be dismissed.

An appropriate order will be entered

Done this 29th day of February, 2008.

_____
U.W. Clemon
United States District Judge